UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:11-CR-00082-12 |
| v. ) | JUDGE TRAUGER |
| ) | |
| ) | ~~UNDER SEAL~~ |
| TONY WAYNE HEDGE, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR AN ORDER OF FORFEITURE
CONSISTING OF A $750,000.00
UNITED STATES CURRENCY MONEY JUDGMENT**

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves based on this Court's acceptance of Defendant's plea of guilty to Count One of the Superseding Indictment in the above-styled case for an Order of Forfeiture consisting of $750,000.00 United States currency Money Judgment against Defendant Tony Wayne Hedge on Count One of the Superseding Indictment.